198

## 26629. LITTLE v. THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of possessing whisky. The evidence for the State amply authorized the verdict. The defendant introduced no evidence; and his unsworn statement was evidently rejected by the judge, sitting without the intervention of a jury. No motion for new trial was filed. The judge did not err in overruling the certiorari.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 7, 1938.

*Frank A. Bowers,* for plaintiff in error.

*John A. Boykin, solicitor-general, John S. McClelland, solicitor, J. W. LeCraw,* contra.